# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **STEVEN WAGNER** ) | |
| 54 West Jefferson Street, Apartment A ) | **CASE NO.:** 1:13-cv-02226-PAG |
| Jefferson, OH 44047 ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **JUDGE:** Patricia A. Gaughan |
| ) | |
| **GC SERVICES, LP** ) | **MAGISTRATE:** |
| 6330 Gulfton ) | |
| Houston, TX 77081 ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF SETTLEMENT

Plaintiff, STEVEN WAGNER, through his attorney, Jack S. Malkin, Esq., informs this Honorable Court that the Parties have reached a settlement in this case. Plaintiff anticipates dismissing this case, with prejudice, within 30 days.

RESPECTFULLY SUBMITTED,

November 1, 2013
By: /s/ Jack S. Malkin_____
Jack S. Malkin, Esq. (0034018)
20521 Chagrin Blvd., Suite E
Shaker Heights, OH 44122
Tel: 216-751-7708
jmalkin23@hotmail.com
Attorney for Plaintiff

## CERTIFICATE OF SERVICE

On November 1, 2013, this Notice of Settlement was electronically filed with the Clerk of the U.S. District Court. A copy of said settlement was e-mailed to Defendant's counsel, Jennifer Kirby, at jkirby@sdtlawyers.com.

By: /s/ Jack S. Malkin_____
Jack S. Malkin, Esq.