IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| **STEVEN WAGNER** | ) | |
| | ) | **CASE NO.:** 1:13-cv-02226-PAG |
| Plaintiff | ) | |
| | ) | |
| vs. | ) | **JUDGE: PATRICIA A. GAUGHAN** |
| | ) | |
| **GC SERVICES, LP** | ) | **MAGISTRATE: WILLIAM H. BAUGHMAN** |
| | ) | |
| Defendant | ) | |

So Ordered.
/s/ Patricia A. Gaughan
11/21/13

## STIPULATION AND ORDER TO DISMISS

Now comes Plaintiff, Steven Wagner, by and through his undersigned counsel, and hereby provides notice to the Court that the parties have settled the within matter and hereby dismiss their Complaint with prejudice.

As such, Plaintiffs submit that upon the Court's dismissal of the Complaint, there will be no further pending claims before the Court in this matter.

Respectfully submitted,

/s/ Jack S. Malkin
Jack S. Malkin (0034018)
20521 Chagrin Blvd., Shaker Hts., Ohio 44122
216-751-7708 Telephone
jmalkin23@hotmail.com
Attorney for Plaintiff